## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF ALABAMA

### NORTHEASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **RYAN THOMAS CARVER** | ) |

## INFORMATION

**COUNT ONE:** **[18 U.S.C. § 2252A(a)(5)(B) and (b)(2)]**

The United States Attorney charges that:

On or about March 5, 2018, in Madison County, within the Northern District of Alabama, the defendant,

**RYAN THOMAS CARVER**,

did knowingly possess and access with intent to view material that contains an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a prepubescent minor and a minor who had not attained 12 years of age, that has been mailed, and shipped and transported using a means and facility of interstate and foreign commerce, to wit: the internet, in and affecting interstate and foreign commerce by any means, in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

1

## NOTICE OF FORFEITURE

**[18 U.S.C. § 2253(a)]**

As a result of the foregoing offense alleged in COUNT ONE of this Information, the defendant,

**RYAN THOMAS CARVER**,

shall forfeit to the United States any visual depiction described in Title 18, United States Code, Sections 2251, 2252, 2252A, or any book, magazine, periodical, film, videotape, computer disk, thumb drive, flash drive, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, and received in violation of Chapter 110 of the United States Code, and any property, real or personal, used and intended to be used to commit and to promote the commission of such offenses, including but not limited to: one (1) 1-terabyte (TB) Western Digital Black Hard Drive, serial number WCC3F6CZ8NZF; one (1) 1 TB Seagate Expansion External Hard Drive, serial number NA8H0D3K; and one (1) uncased Lexar USB Flash Drive, serial number AA390H2TVZFYHYK2.

JAY E. TOWN
United States Attorney

*/s/ electronic signature*
JONATHAN S. KEIM
Assistant United States Attorney